Marc V. Kalagian
Attorney at Law: 149034
Rohlfing & Kalagian, LLP
211 East Ocean Blvd., Suite 420
Long Beach, CA 90802
Tel: (562) 437-7006
Fax: (562) 432-2935

Attorneys for Plaintiff GAILENE ORECCHIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTY RHEIN, | ) Case No.: 1:09-cv-1754-JLT |
| Plaintiff, | ) STIPULATION FOR EXTENSION OF |
| | ) TIME TO FILE OPENING BRIEF |
| v. | ) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF THE SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

TO THE HONORABL JENNIFER L. THURSTON MAGISTRATE
JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their
respective counsel, that plaintiff may have an extension of time until June 23,
2010, in which to file plaintiff's OPENING BRIEF.

///

///

///

///

///

///

1   The parties request that the judge extend all subsequent dates within

2   the scheduling order accordingly.

3        This request is made at the request of plaintiff's counsel.  Plaintiff's counsel

4   needs additional time to review the record.

5   DATE: 5/24/10                    Respectfully submitted,

6                                    ROHLFING & KALAGIAN, LLP

7

8

9                                    BY:  *Marc v. Kalagian*
                                     Marc V. Kalagian
10                                   Attorney for plaintiff

11  DATE: 5/24/10                    BENJAMIN B. WAGNER
                                     United States Attorney
12                                   LEON W. WEIDMAN
                                     Chief, Civil Division

13

14                                   /s/ *-*Elizabeth Firer*
                                     Elizabeth Firer
15                                   Special Assistant United States Attorney
                                     Attorneys for Defendant
16                                   [*By email authorization on May 24, 2010]

17                                   **ORDER**

18       Counsel are reminded that requests for modification of the briefing schedule will not be

19  granted routinely. According to the Scheduling Order, with the exception of a single, 30-day

20  extension related to any portion of the Order, requests to modify must be made by written motion

21  and will be granted only upon a showing of good cause shown.

22

23  IT IS SO ORDERED.

24      Dated:   **May 27, 2010**              **/s/ Jennifer L. Thurston**

25                                   UNITED STATES MAGISTRATE JUDGE

26

27

28