```
 1  BENJAMIN B. WAGNER
    Acting United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    ELIZABETH FIRER
 4  Special Assistant United States Attorney

 5      333 Market Street, Suite 1500
        San Francisco, California 94105
 6      Telephone: (415) 977-8937
        Facsimile: (415) 744-0134
 7      E-Mail: Elizabeth.Firer@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| CHRISTY RHEIN, ) | CIVIL NO. 1:09-CV-01754 JLT |
| Plaintiff, ) | |
| v. ) | STIPULATION AND PROPOSED ORDER |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
| Defendant. ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 7 days, up to and including July 30, 2010, to respond to Plaintiff's motion for summary judgment. This request is being made due to the heavy work load of the undersigned attorney for the Commissioner. During the month of July 2010, she has had or will have to file briefs and/or objections in 12 district court cases, 4 of which were due the week of July 23-30, 2010. Given this pressing work load, the undersigned counsel for the Commissioner was unable to complete Defendant's responsive brief by the original, July 23 deadline and respectfully request an additional 7 days.

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 26, 2010    /s/ *Marc V. Kalagian*
(As authorized via email)
MARC V. KALAGIAN
Attorney for Plaintiff

Dated: July 26, 2010    BENJAMIN B. WAGNER
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:  **July 27, 2010**                          /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE