1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTY RHEIN,                        )        1:09-cv-001754 JLT
                                           )
12                    Plaintiff,           )        ORDER AWARDING EQUAL ACCESS TO
                                           )        JUSTICE ACT ATTORNEYS FEES AND
13           v.                            )        EXPENSES PURSUANT TO
                                           )        28 U.S.C. § 2412 (d) AND COSTS
14   MICHAEL J. ASTRUE,                    )        PURSUANT TO 28 U.S.C. § 1920
15   Commissioner of Social Security,      )
                                           )        (Doc. 22)
16                                         )
                      Defendant.           )
17   _____)

18

19           Plaintiff Christy Rhein and Defendant Michael J. Astrue, Commissioner of Social Security, have

20   stipulated for the award and payment of attorneys fees, expenses, and costs pursuant to the Equal Access

21   to Justice Act, 28 U.S.C. § 2412 (d).  (Doc. 22).

22           Accordingly, subject to the terms of the parties' stipulation, IT IS HEREBY ORDERED:   fees

23   and costs in the amount of $2,500 is **AWARDED** to Plaintiff, Christy Rhein.

24

25   IT IS SO ORDERED.

26   Dated:   **February 28, 2011**                          **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE
27

28

                                                    1